# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America, ) | |
| ) | |
| Plaintiff, ) | **ORDER QUASHING MATERIAL WITNESS** |
| ) | **WARRANT** |
| vs. ) | |
| ) | |
| Robert Lee Custer, ) | Case No. 1:18-cr-076 |
| ) | |
| Defendant. ) | |

On January 3, 2019, on motion of the Government, the court issued an arrest warrant for a material witness whose testimony was required at defendant's trial on January 15, 2019. Defendant's trial has now been continued until March 23, 2019. Consequently, the material witness warrant is hereby **QUASHED.** The Government may renew its motion at a later date should it still require the material witness's testimony at trial.

**IT IS SO ORDERED.**

Dated this 7th day of January, 2019.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court
