# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| United States of America, | ) | |
|---|---|---|
| Plaintiff, | ) | **ORDER FOR RELEASE OF APPEARANCE** |
|  | ) | **BOND OF WITNESS** |
| vs. | ) | |
|  | ) | Case No. 1:18-cr-076 |
| Robert Lee Custer, | ) | |
|  | ) | |
| Defendant. | ) | |

Tamara Bowers was arrested in Arizona on a material witness warrant on July 10, 2019. She was conditionally released by the district court in Arizona after she posted an Appearance Bond on July16, 2019.

Ms. Bowers is hereby released from the conditions of release imposed by the district court in Arizona. The Appearance Bond is deemed satisfied and funds used to secure it shall be released to the surety, Kyle Driscoll.

**IT IS SO ORDERED.**

Dated this 22nd day of July, 2019.

                                                           */s/ Clare R. Hochhlater*
                                                          Clare R. Hochhalter, Magistrate Judge
                                                          United States District Court